# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

UNITED STATES OF AMERICA

v.

ISAIAH PESHLAKAI

**CRIMINAL COMPLAINT**
(Electronically Submitted)

CASE NUMBER: 20-4069 MJ

I, the undersigned complainant, state under oath that the following is true and correct to the best of my knowledge and belief:

### COUNT 1

From on or about January 31, 2020, until the present, in the District of Arizona and elsewhere, the defendant, ISAIAH PESHLAKAI, did move and travel in interstate commerce with intent to avoid custody and confinement after conviction under the laws of the State of Arizona for a crime punishable by a term of imprisonment of more than one year, which is a felony under the laws of the State of Arizona, in violation of Title 18, United States Code, Section 1073.

I further state that I am a Deputy U.S. Marshal and that this complaint is based on the following facts: **SEE ATTACHED AFFIDAVIT.**

Continued on the attached affidavit and made a part hereof: ☒ Yes ☐ No

REVIEWED BY: /s *AUSA Paul Stearns*

__X__ Pursuant to 28 U.S.C. § 1746(2), I declare that the foregoing is true and correct.

John Buckley, SDUSM, USMS
Complainant's Name and Title

*[signature]*
Complainant's Signature

__X__ Sworn by Telephone

April 14, 2020 at 7:03 p.m.
Date/Time

Flagstaff, Arizona
City and State

Camille D. Bibles, U.S. Magistrate Judge
Name & Title of Judicial Office

*Camille D Bibles*
Signature of Judicial Officer

CC: PTS

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

**ELECTRONICALLY SUBMITTED AFFIDAVIT**

Your affiant, Supervisory Deputy United States Marshal John Buckley (SDUSM), states under oath as follows:

1.   Your affiant, John Buckley, is employed as a Supervisory Deputy with the United States Marshals Service (USMS), and has been employed with the USMS since September 2010. Your affiant is currently assigned to the District of Arizona, Flagstaff Division. One of your affiant's primary responsibilities is to identify, locate and apprehend local, state and federal fugitives from justice.

2.   The information contained in this affidavit is from personal knowledge and/or from information provided to your affiant by other law enforcement officers. Because this affidavit is being made to establish probable cause, your affiant has not listed every fact known regarding the investigation of this incident.

**Introduction**

3.   On January 31, 2020, a warrant was issued from the Superior Court of Coconino County, Arizona, in Case No. 2017-00895 for the arrest of Isiah Peshlakai (Peshlakai). The bond on the warrant is $50,000. The arrest warrant charges Peshlakai with a Probation Violation pursuant to Ariz. Rev. Stat. § 13-901(c). Peshlakai's original conviction was for Aggravated Assault pursuant to

1

Ariz. Rev. Stat. § 12-1204(a)(4), which is a Class 6 felony under Arizona law. A Class 6 felony is punishable by up to two years in prison (aggravated sentence) under Ariz. Rev. Stat. § 13-702(D). One of the conditions violated by Peshlakai supporting the probation warrant request is that Peshlakai was involved with an armed robbery/aggravated assault with a deadly weapon from an incident that occurred in Flagstaff, Arizona on or about January 30, 2020. It is believed that Peshlakai fled the area after this incident.

4. On January 31, 2020, the United States Marshals Service (USMS) was requested to assist in the location and apprehension of Peshlakai based on the outstanding arrest warrant and the nature of his violations.

5. In summary, based on your affiant's investigation, it is believed that Peshlakai is currently fleeing to avoid further apprehension on a state warrant by traveling via interstate commerce between (among other places) Ganado, Arizona and Gallup, New Mexico. This includes areas on the Navajo Indian Reservation.

### Investigation

6. Investigative activity by Deputy U.S. Marshal Chris DeRosa (DUSM DeRosa) disclosed that Peshlakai had frequented the area of Winslow, Arizona and Ganado, Arizona, and that he had been using another person's cell phone to avoid apprehension. It was known that Peshlakai was travelling (among other places) close to and/or in Gallup, New Mexico on March 13, 2020 and April 2, 2020 based on historical data related to the cell phone he was believed to be using. That cell

phone had a phone number with the last four digits of 0364. Cellular One, a cell phone provider that has towers in the area of Gallup, New Mexico, provided information to USMS personnel, including DUSM Chris DeRosa, that the phone in question had utilized cell phone towers in and/or near Gallup, New Mexico on the dates listed above. Thus, it is believed Peshlakai has recently travelled from Arizona to New Mexico. The information from Cellular One, based on tower utilization, showed that the phone being used by Peshlakai also had accessed towers in about the past 45 days in and around Wide Ruin, Arizona, Steamboat Canyon, Arizona, Fort Defiance, Arizona, and Window Rock, Arizona.

7. On April 14, 2020, your affiant interviewed R.F., who is the girlfriend of Peshlakai. That interview was done at Peshlakai's residence in Winslow, Arizona. That is the residence listed and/or associated with his probation out of Coconino County (related to the above-referenced arrest warrant). R.F. reported that Peshlakai was residing with his grandmother, Laura Tsinajinnie, in the area of Klagetoh Street in or near Ganado, Arizona. R.F. reported that she contacts Peshlakai on the cell phone number ending in 0364, that this cell phone belongs to Peshlakai's grandmother, and that he was hiding out to avoid apprehension by the police. R.F. said that the last time she spoke to Peshlakai was on Saturday, April 11, 2020, and he was using the phone ending is 0364. (Based on USMS investigation, it is believed R.F. and Peshlakai have at least one child in common.)

8. Based on your affiant's training and experience, in order to travel to New Mexico from Arizona, one has to move and travel in interstate commerce. This may include doing so by automobile, aircraft, bus, train, or even by foot. It is approximately 63 miles to travel from Ganado, Arizona to Gallup, New Mexico by motor vehicle. Your affiant also knows that Gallup, New Mexico is a frequent location visited by people residing in the Ganado, Arizona area for shopping.

## Conclusion

9. Based on the foregoing, your affiant respectfully submits there is probable cause to support that Isaiah Peshlakai moved and traveled in interstate commerce with the intent to avoid custody and confinement, all in violation of 18 U.S.C. § 1073. Your affiant respectfully requests a federal warrant for his arrest.

**Pursuant to 28 U.S.C. § 1746(2), I declare that the foregoing is true and correct to the best of my knowledge and belief.**

04/14/2020
Executed on (Date)

John Buckley, SDUSM, USMS

X    Sworn via telephone

Date/Time: 04.14.2020 at 7:03 p.m.

*Camille D. Bibles*
Camille D. Bibles
United States Magistrate Judge

4